## IN THE CIRCUIT COURT OF THE FIRST JUDICIAL DISTRICT OF HINDS COUNTY, MISSISSIPPI

| | |
|---|---|
| **JEMUEL GATES** | **PLAINTIFF** |
| v. | No. 19-439 |
| **YUM! BRANDS, INC., JJB PIZZA, LLC, STANDARD ENTERPRISES** | **DEFENDANTS** |

### COMPLAINT

*Jury Trial Demanded*

COMES NOW the Plaintiff, JEMUEL GATES, and demands a judgment from the Defendants, Yum! Brands, Inc., JJB Pizza, LLC, and Standard Enterprises, and in support of which would show the following:

### PARTIES

1. That Plaintiff is an adult resident citizen of the State of Mississippi whose address is 1560 Cuter Lane, Jackson, Mississippi 39209.

2. That the Defendants are as follows:

    a. Yum! Brands, Inc. is a foreign corporation organized and existing under the laws of the State of Tennessee and may be served with process of this Court by and through C T Corporation System, its registered agent for service of process at its registered office and principal place of business located at 306 W Main Street, Suite 512, Frankfurt, Kentucky 40601.

    b. JJB Pizza, LLC is a company organized and existing under the laws of the State of Mississippi and may be served with process of this Court by and through David T. Ash, its registered agent for service of process at his registered office and principal place of business located at 1818 Crane Ridge Drive, Suite 202A, Jackson, Mississippi 39216.

c. Standard Enterprises is a privately held company organized and existing under the laws of the State of Louisiana and may be served with process of this Court at its registered address and principal place of business being 3104 Breard Street, Monroe, Louisiana, 71201.

## JURISDICTION AND VENUE

3. That the venue is proper in the Circuit Court of the First Judicial District of Hinds County, Mississippi, as Plaintiff resides in Hinds County, as all Defendants do business in Hinds County, Mississippi, and as part of the transaction alleged in this Complaint occurred in the First Judicial District of Hinds County, Mississippi.

## FACTS COMMON TO ALL COUNTS

4. That Pizza Hut is a company owned by Yum! Brands, Inc.

5. That on July 19, 2018, Plaintiff was an employee of Pizza Hut located at 2106 Raymond Road, Jackson, Mississippi 39212.

6. That on July 19, 2018, and thereafter, the Pizza Hut restaurant located at 2106 Raymond Road, Jackson, Mississippi, was owned by JJB Pizza, LLC.

7. That on July 19, 2018, Plaintiff was scheduled to work at the Pizza Hut located at 2106 Raymond Road.

8. That the scope of Plaintiff's employment included driving to deliver orders to customers.

9. That on July 19, 2018, Plaintiff was assigned a delivery to an apartment complex located at 150 Woody Avenue, Jackson, Mississippi 39212.

10. That on July 19, 2018, and thereafter, the apartment complex located at 150 Woody Avenue, Jackson, Mississippi, was owned and managed by Standard Enterprises.

11. That the apartment complex located at 150 Woody Avenue was on a "no delivery" list at the Pizza Hut where Plaintiff was employed due to the high volume of crime in the area.

12. That on July 19, 2018, despite the "no delivery" list and safety concerns, Plaintiff was sent to the apartment complex located at 150 Woody Avenue to deliver the order.

13. That on July 19, 2018, upon arriving at the apartment located at 150 Woody Avenue with the order, Plaintiff was attacked, held at gun point, and beaten.

14. That on July 19, 2018, Plaintiff's vehicle was also stolen from the apartment complex located at 150 Woody Avenue during the scope of his employment.

### COUNT I – NEGLIGENCE (YUM! BRANDS, INC & JJC PIZZA, LLC)

15. That on July 19, 2018, Defendants YUM! BRANDS, INC and JJB PIZZA, LLC had the duty to exercise ordinary care to ensure the health, safety, and wellbeing of its employees.

16. In violation of this duty, Defendants YUM! BRANDS, INC and JJB PIZZA, LLC acted or failed to act in one or more of the following ways amounting to negligent conduct:

    a. Carelessly and negligently failed to maintain a safe working environment.

    b. Carelessly and negligently failed to monitor the addresses for delivery orders.

    c. Carelessly and negligently ensure the safety of the staff assigned to delivery.

    d. Carelessly and negligently failed to take reasonable care of the health and safety of its staff.

17. That as a direct and proximate cause of Defendants' and its agents' aforesaid careless and negligent acts and/or omissions, Plaintiff was caused to sustain personal injuries, to incur and pay medical expenses, and to be absent from his usual pursuits for a period of time.

### COUNT II – NEGLIGENCE (STANDARD ENTERPRISES)

18. That on July 19, 2018, Defendant STANDARD ENTERPRISES had a duty to provide property that is reasonably safe and a duty to warn invitees where there is hidden danger or peril that is not in plain and open view.

19. In violation of this duty, Defendant STANDARD ENTERPRISES acted or failed to act in one or more of the following ways that amount to negligent conduct:
    a. Carelessly and negligently failed to maintain a safe environment for invitees.
    b. Carelessly and negligently failed to install and maintain streetlights in the parking lot and throughout the apartment complex.

20. That as a direct and proximate cause of Defendants' and its agents' aforesaid careless and negligent acts and/or omissions, Plaintiff was caused to sustain personal injuries, to incur and pay medical expenses, and to be absent from his usual pursuits for a period of time.

WHEREFORE, the Plaintiff, JEMUEL GATES, prays for judgment against the Defendants, YUM! BRANDS, INC, JJB PIZZA, LLC, and STANDARD ENTERPRISES, in an amount in excess of $50,000.00, plus court costs, attorney's fees, and for whatever other relief this court deems just and appropriate.

RESPECTFULLY SUBMITTED, this the 26th day of June, 2019.

JEMUEL GATES

By: _____
JARED K. TOMLINSON

JARED K. TOMLINSON
Miss. Bar No. 103886
COON, TOMLINSON, AND BURNS, PLLC
109 Executive Drive, Suite 3
Madison, MS 39110
T: 601.351.5351
E: jaredktomlinson@gmail.com

*Attorney for the Plaintiff*