# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

JEMUEL GATES                                                              PLAINTIFF

VS.                                              CIVIL ACTION NO.:3:19-CV-830-DPJ-FKB

YUM! BRANDS, INC., JJB PIZZA, LLC,
AND STANDARD ENTERPRISES, INC.                                        DEFENDANTS

## **NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff Jemuel Gates hereby submits this notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). This notice takes immediate effect because "a stipulation of dismissal signed by all parties who have appeared" has been submitted. Fed. R.Civ.P. 41(a)(1)(A)(ii). And because no plaintiff has "previously dismissed any federal or state court action based on or including the same claim," this dismissal "is without prejudice." Fed. R.Civ. P. 41(a)(1)(B).

DATED, this the 25th Day of January, 2021

Respectfully Submitted,

_/s/C. Ryan Burns_____

C. Ryan Burns, Esq. MSB#103433
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 25th, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all attorneys of record in this proceeding.

_/s/C. Ryan Burns_____

C. Ryan Burns, Esq. MSB#103433
*Attorney for Plaintiff*